NO. CAAP-17-0000508

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
also known as KAMEHAMEHA SCHOOLS,
Plaintiff/Counterclaim-Defendant-Appellee,
vs.
RONALD G.S. AU,
Defendant/Counterclaim-Plaintiff-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0420)

ORDER DENYING OCTOBER 11, 2017 HRAP RULE 40
MOTION FOR RECONSIDERATION OF OCTOBER 5, 2017 ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon review of (1) the October 5, 2017 order dismissing appellate court case number CAAP-17-0000508 for lack of appellate jurisdiction, (2) Defendant/Counterclaim-Plaintiff/Appellant Ronald G.S. Au's (Appellant Au) October 11, 2017 motion for reconsideration of the October 5, 2017 dismissal order pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we entered the October 5, 2017 dismissal order. Therefore,

IT IS HEREBY ORDERED that Appellant Au's October 11, 2017 HRAP Rule 40 motion for reconsideration of the October 5, 2017 dismissal order is denied.

DATED: Honolulu, Hawai'i, October 19, 2017.

_Craig H. Nakamura_
Chief Judge

_[signature]_
Associate Judge

_[signature]_
Associate Judge

2